No. 810.   ROGERS v. OHIO.   Sup. Ct. Ohio.   Certiorari denied.  *Bernard Cohen* for petitioner.

No. 822.   JEMISON v. BROWN ET AL.   Sup. Ct. Ala. Certiorari denied.  *Charles S. Conley* for petitioner. *W. McLean Pitts* for respondents.

No. 827.   FLORIDICE CO., INC., ET AL. v. WIRTZ, SECRETARY OF LABOR.   C. A. 5th Cir.   Certiorari denied. *Charles W. Pittman* for petitioners.  *Solicitor General Griswold* for respondent.

No. 829.   AETNA CASUALTY & SURETY CO. ET AL. v. OSBORNE-MCMILLAN ELEVATOR CO., INC.   Sup. Ct. Wis. Certiorari denied.  *Donald N. Clausen* for petitioners. *Peter Dorsey* and *William A. Whitlock* for respondent.

No. 843.   RUTHERFORD ET AL. v. AMERICAN MEDICAL ASSOCIATION, INC., ET AL.   C. A. 7th Cir.   Certiorari denied.  *Frank O. Walther* for petitioners.  *Don H. Reuben* and *Lawrence Gunnels* for respondents American Medical Association, Inc., et al., *James J. Costello* for respondents Board of Trustees of the University of Illinois et al., and *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent employees of the United States.

No. 837.   AIKEN v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.  *James J. Hanrahan* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.